# United States Court of Appeals for the Fifth Circuit

No. 24-50177
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
September 27, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Martin Diaz-Nunez,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:23-CR-2198-1

Before Jones, Dennis, and Southwick, *Circuit Judges*.

Per Curiam:[*]

Martin Diaz-Nunez appeals the sentence imposed following his guilty plea conviction for illegal reentry after removal in violation of 8 U.S.C. § 1326. For the first time on appeal, Diaz-Nunez challenges the application of the enhanced penalty range in § 1326(b) as unconstitutional because it permits a defendant to be sentenced above the statutory maximum of

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

§ 1326(a) based on the fact of a prior conviction that was neither alleged in the indictment nor found by a jury beyond a reasonable doubt.  He has filed an unopposed motion for summary disposition and a letter brief correctly conceding that this issue is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998).  *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019).  He raises the issue to preserve it for Supreme Court review.

Because summary disposition is appropriate, *see Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969), Diaz-Nunez's motion is GRANTED, and the district court's judgment is AFFIRMED.